In the Matter of VICTOR KONOW, Appellant, against JAMES M. POWER et al., as Commissioners of Elections of the City of New York, et al., Respondents.

Argued September 10, 1954; decided September 10, 1954.

*Harold L. Fisher, Arthur M. Goldberg* and *Robert B. Brady* for appellant.

*Thomas R. Colfer* for Thomas J. Mackell, respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.